| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | RICHARD J. BENDER<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2731 |



FEB 2 1 2008



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE WALLACE HARRIS,

    Defendant.

CASE NO. CR.S-07-MJ-371 DAD

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The United States hereby moves, pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, to dismiss, without prejudice, the complaint in the above captioned matter. The defendant has not been taken into federal custody (he was serving a parole violation in state custody since the filing of the complaint) and no Indictment has been sought/returned. Additional evidence has come to light which requires a reevaluation of the government's decision to move forward with the case.

Dated: February 21, 2008

McGREGOR W. SCOTT
U.S. Attorney

by  RICHARD J. BENDER
Assistant U.S. Attorney

IT IS SO ORDERED,

this 21st day of February, 2008

KIMBERLY J. MUELLER
U.S. Magistrate Judge